Case 1:20-cv-02715-LTB Document 1 Filed 09/04/20 USDC Colorado Page 1 of 19

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
09/04/2020
JEFFREY P. COLWELL, CLERK

District Court - District of Colorado

08/20/20

Plaintiff Zacarias Moussaoui

Defendant Deborah Golden

Complaint Racial, Religious Discrimination
Complaint Obstruction of Justice

As a Legal Attorney in the case Cunningham et al
V United States Bureau of Prisons
1:12-CV-01570-RPM-MEH
You are offering your legal service
Pro Bono but you refuse and ignore
my response to your open proposition
for free legal service for every inmate
in ADX, FL, CO.

I, Zacarias Moussaoui, Petition this Court
of Colorado to Order Deborah Golden
to Testify

I, Zacarias Moussaoui Petition this Court to
order to Testify the Saudi Prince Turki Al Faisal
Al Saud and Saudi Princesse Haifa Al Faisal
Al Saud and Prince Walid Bin Talal and Prince Bindar
Prince Nayef for 9/11 Coverup. Slave of ALLAH
Zacarias Moussaoui

US District Court - District Court of Colorado

08/20/20

Plaintiff Zacarias Moussaoui

Defendant Robert Gardner

Complaint Racial, Religious Discrimination
Complaint Obstruction of Justice

As I, Zacarias Moussaoui testify in 2014 for the 9/11 Victim Families lawyer in ADX in the case in New York in front of DJ Daniel and my testimony was declared for the 1st Time in US history a STATE SECRET. You deny me representation of your legal services despite the fact you offers them ProBono to ADX FL CO inmate.

I, Z.M, Petition this Court of Colorado to Order to testify to Robert Gardner on Religious, Racial Discrimination and Obstruction of Justice as I, Z.M, Try to expose the Saudi Royal Prince 9/11 Co Conspirator Prince Turki, Princesse Haifa, Prince Walid, Prince Bandar, Prince Naif.

Slave of ALLAH
Zacarias Moussaoui

Defendant Robert Gardner
Law office of Robert Gardner
407 S Tejon St Ste C
Colorado Springs
Colorado 80903

U.S. District Court - District of Colorado

Plaintiff Zacarias Moussaoui

Defendant Laura Rouner

Complaint. Religious, Racial Discrimination. Complaint. Obstruction of Justice.

As I was depose by the 9/11 Victim in 2014 by their lawyers lead by Sean Carter. You deny me your ADX propose Pro Bono services that you offer free to other inmate.

I, Zacarias Moussaoui Petition this Colorado Court to Order Laura Rouner to Testify about the Religious, Racial discrimination and the Obstruction of Justice to ~~en~~ stop me to expose the Saudi Royal 9/11 co Conspirator Al Qaeda Master Mind, Poney Master, Saudi Prince Turki, Princess Haifa, Prince Walid, Prince Bindar, Prince Naif for the Saudi Royal 9/11 Attack.

Slave of ALLAH
Zacarias Moussaoui

Defendant: Laura Rovner
University of Denver
Strum College of Law
2255 E Evans Ave.
Denver, CO 80210

US District Court - District of Colorado

08/20/20

Plaintiff Zacarias Moussaoui

Defendant Pat Mckoo

Complaint Racial, Religious Discrimination
Complaint Obstruction of Justice

As I testify in 2019, in ADX for the 9/11 Victim against the Saudi Royal 9/11 Masterminds. You deny me your proper Pro Bono legal representation trial you currently offer free to every other inmate in Supermax.

I Zacarias P Moussaoui Petition this Court of Colorado to Order Pat Mkoo to testify

Slave of Allah
Zacarias Moussaoui

Defendant Pat Mika

630 N Tejon St.

Colorado Springs

CO 80903

US District Court - District of Colorado

Plaintiff Zacarias Moussaoui

Defendant Ed Aro, Esq. Attorney at Arnold & Porter LLP

Complaint Racial, Religious Discrimination Complaint - Obstruction of Justice, for the Testimony for the 9/11 Victim Family against the Saudi Prince Turki Al Faisal Al Saud, Saudi Princesse Haifa Al Faisal Al Saud, Prince Bandar bin Sultan Al Saud, Saudi Prince Walid bin Talal Al Saud, Saudi Prince Naif bin Abdelaziz Al Saud, for being 9/11 Al Qaeda Co-conspirator. by Zacarias Moussaoui 9/11 convicted Co-Conspirator. And for the Cunningham U.B.O.P case of Psychological abuse in Supermax Ed Aro of Arnold & Porter brag to give legal assistance to every inmate in Supermax for Supermax psychological abusive condition Except for Zacarias Moussaoui.

Ed Aro legal Attorney in the Cunningham Vs BOP on celenunce Supermax Psychelical treatment of Inmate, but Ed Aro deny legal assistance, after he proposed in Supermax TV network, to Zacarias

Moussaoui. Ed Aro of Arnold&Porter go to Court against Supermax for the "normal" Supermax inmate but deny his proposed legal assistance to a Special Administrative Measures (SAM) Inmate who is in his 19 years of Solitary Confinement for with Death threat from Staff an Inmate because as an Al Qaeda 9/11 co conspirator he has avowant to testify against the True 9/11 Co Conspirator Mastermind Saudi Prince Turki Al Faisal Al Saud, Chef of Intelligence of Saudi Arabia.

S.A.M make the Psychological abuse that Ed Aro denunce in Court into Psychological Torture full scale, with the SAM Supermax who was describe by a Warden as a "Clean Version of Hell" become a Vicious Version of Hell.

Ed Aro of Arnold & Porter are vicious, they boast to defend inmate in Supermax except the one in the worst situation in Supermax a.k.a Zacarias Moussaoui.

In Cunningham V B.O.P. it is Ed Aro of Arnold & Porter who claim to be the Defender right Except for Moussaoui when he testify against the Saudi Royal 9/11 Co Conspirator

## Argument of Ed Aro of Arnold & Porter Obstruction of Justice to Protect the Saudi Royal Terrorist.

This Colorado Court will appreciate that it is Ed Aro of Arnold & Porter who put themselves forward and propose their Pro Bono, Free Service for every Inmates in Supermax, ADX FLCO regarding their condition of incarceration and psychological Treatment

Therefore Ed Aro of Arnold & Porter should not be able to deny what they offers freely to every other inmate just because I am who I am the 9/11 co Conspirator who want to Testify against the 9/11 Saudi Prince Mastermind.

I did Not initiate the Contact, Ed Aro of Arnold & Porter had a Notice on Supermax with their Name and calling every inmate to contact them as the legal defence counsel in Cunningham v B.O.P psychological abuse

understand

This Court of Colorado, I, Zacarias Moussaoui Request the legal assistance offer by Ed Aro of Arnold & Porter in Cunningham vs B.O.P and I am Not Requesting legal in my 9/11 case I request a legal assistance to fight the

Psychological Torture that Supermax, ADX, B.O.P, DOJ are exerting on me through my solitary confinement (19 yrs) and the SAM in order to break me psychologically and make me renounce to testify against the Saudi Royal 9/11 Mastermind.

Therefore it is No spin No trench to say that Ed Aro of Arnold & Porter is currently engaged in Obstruction of Justice because they, Ed Aro of Arnold & Porter after freely proposing to take case to court they deny it to me because they participate in the 9/11 Saudi Royal coverup.

Ed Aro of Arnold & Porter if he had just taken my case for the Psychological condition with the SAM it will have made Supermax stop the Psychological Torture.

This Court should appreciate I, Zacarias Moussaoui, has totally renounce, denounce my affiliation with Al Qaeda, Bin Laden the Jihadist the Terrorist I, ZM, gave in 2014 gave to the 9/11 Victim Family Lawyers Sean Carter, Esq of Cozen O'Connor's Andrew Maloney of Kreindler & Kreindler Robert Haefele of Motley Rice Evan Kohlmann of Motley Rice

Jenny Goldman of Anderson Kill. In my ZM, testimony to the 9/11 Victim Families who the US Gov has declared a "STATE SECRET" a first in the US history. I ZM describe my meeting with Saudi Prince Turki Al Faisal Al Saud and Saudi Princess Haifa Al Saud Faisal Al Saud in Dallas, Texas before 9/11. So this is why the SAM is maintained against me to stop me testify against the 9/11 Royal Saudi Mastermind

The SAM is use directly and clearly as a Psychological Weapon to maintain me a total isolation with No legal recourse.

The SAM is part of the Psychological Torture just like Ed Aro of Arnold & Porter basically extend your hand to the one is drowning and when he reach out you put your hand back.

So Ed Aro of Arnold & Porter deny me what they freely offer to every inmate in E Supermax. This Court will understand the obstruction of Justice is direct because if Ed Aro of Arnold & Porter had challenge my condition of solitary confinement for 19 yrs and the SAM as a Psychological Weapon use for Psychological this will have bring my case

to covert. So it is a double obstruction of Justice. First against me, to deny a legal assistance offer, then against the 9/11 Family Victims because of the SAM I am Not able to assist.

This court knows that with legal assistance of E. of Nnav of Arnold Porter, I will be able to fill a case against the BOP and the D.O.J. for the SAM because as Psychological Torture Instrument to break me, to stop me testifying against the Saudi Royal 9/(Mastermind), Saudi Royal 9/11 Pay Master. And I will be able to provide full cooperation to New York Police department commissioner for Intelligence and Counter ~~Rule~~ Terrorism John Miller, to the 9/11 Victim Families, to the USS Cole Marines Victim Families, US Embassy Bombing in Africa when the SAM will be lifted.

This Court of Colorado will understand that the mine is one obstruction of Justice who affected Two set of cases. One stone killing two kind of Justice.

US District Court - District of Colorado

Plaintiff: Zacarias Moussaoui

Defendant: Mark Ivandick
Complaint: Racial, Religious Discrimination
Complaint: Obstruction of Justice To Protect
the SAUDI ROYALS 9/11 MASTERMIND

Mark Ivandick boasted, invited Supermax Inmate to contact him to challenge the Psychological Mistreatment by BOP in Supermax Except when Zacarias Moussaoui responded to Mark Ivandick to stop the Psychological torture.

Moussaoui Only to challenge the very Issue that Mark Ivandick brag to sue the B.O.P Supermax for Psychological condition in H Unit the Most restricted unit in the entire BOP. H Unit being visited by Magistrate Judge Hegarty who is supervising the Mark Ivandick settlement in the Cunningham Vs US BOP case.

But Mark Ivandick boast, brag, invite every & Supermax Inmate Except Zacarias Moussaoui who responded to Ivandick legal representation but get totally Ignored.

Mark Ivandick - Obstruction of Justice Argument

Mark Ivandick is stopping, obstructing me access to the Colorado Court after Mark Ivandick invited me, Zacarias Moussaoui to contact him for legal representation in a case; Cunningham v. United State Bureau of Prisons 1:12-cv-01570-RPM-MEH who Mark Ivandick was the lead lawyer for a settlement, currently in action and supervise by Magistrate Judge Hegarty.

Mark Ivandick obstructing my access to this Court by denying me to even meet with me to explain how the B.O.P is using the Special Administrative Measures (SAM) to deny access to a lawyer and to cooperate with the 9/11 Victim Families Lawyers Sean Carter of Cozen O'Connors, Andrew Maloney of Kreindler & Kreindler, Robert Haefele of Motley Rice, Evan Kohlmann of Motley Rice, Jerrey Goldman of Anderson Kill to testify against the Saudi Royal 9/11 Mastermind Saudi Prince Turki Al Faisal Al Saud, Saudi Princesse Haifa Al Faisal Al Saud, Saudi Prince Bandar bin Sultan Al Saud, Saudi Prince Naif bin Abdel Aziz Al Saud, Saudi Prince Walid Bin Talal Al Saud and to exert

Psychological Torture with the SAM doing exactly what Mark Ivandick did, deny access to Justice, obstruct Justice. Mark Ivandick voluntarily propose free of charge his legal assistance. He has created his own obligation and by denying me what Mark Ivandick is currently doing for any other Supermax Inmate Mark Ivandick is obstructing Justice as I need his legal assistance to challenge the Psychological Torture measure that the BOP is applying against me to break psychologically so I don't testify as for the 9/11 Victim Families, the USS Cole Marines Families, the US Embassy bombing victim in Africa and all the Saudi Royal Al Qaed Terrorist Victim.

Mark Ivandick obstruction of Justice is on going as the Cunningham v US BOP settlement is being supervise by Magistrate Judge Hegarty. Mark Ivandick represent every other Supermax Inmate who request him except me. This a clear Obstruction of Justice.

Petition For the Deposition of Mark Ivandick Obstruction of Justice To Protect the Saudi 9/11 Royal Family

I, Zacarias Moussaoui, Petition this Colorado Court to Order To testify Mark Ivandick

I, Z.M. request that the Deposition of Mark Ivandick be by Remote Video Camera due to Covid 19.

Mark Ivandick obstruction of Justice has double obstruction of Justice construction.

First Ivandick denial of representation that he offers to any others inmate that the BOP is still being able to cenge Psychological war on me to break me by maintaining under the SAM despite that I, Z.M., is an Anti Terrorist Advocate an Anti Al Qaeda Royal Saudi Terrorism, denouncing the Saudi Royal Useful Idiot Usama Bin Laden and Al Qaeda 9/11 as a False Flag Saudi Royal Terrorist Attack on America.

Second Ivandick is denying is obstructing Justice for the 9/11 Victim Families, the USS Cole Marines Victim Families, USS Embassy Victim and All the Victim of the Saudi Royal Al Qaeda Terrorism who is still going on due to Saudi Prince Turke and Al Qaeda and Al Qaeda 2.0 i so call Islamic State.

May the Court grant me my Petition.
Slave of ALLAH Zacarias Moussaoui

3(3

Defendant Mark Ivandick

Disability Law Colorado

455 Sherman Street

Suite 130, Denver

Colorado 80203